ANDERSON, Respondent, v. FRY et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by William B. Anderson, as ancillary administrator, etc., against John C. Fry and another, as executors, etc., of John C. Fry, deceased. No opinion. Order affirmed, with $10 costs and disbursements.

---

ANDERSON et al. v. NEW YORK & H. R. CO. et al. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Action by William S. Anderson and another against the New York & Harlem Railroad Company and others. No opinion. Motion granted. Order filed. See, also, 110 N. Y. Supp. 232.

---

ARLINGTON CO., Appellant, v. EMPIRE CITY FIRE INS. CO., Respondent. (Supreme Court, Appellate Division. First Department. March 5, 1909.) Action by the Arlington Company against the Empire City Fire Insurance Company. G. Richards, for appellant. A. L. Davis, for respondent.

PER ·CURIAM. Judgment and order affirmed, on 116 App. Div. 459, 101 N. Y. Supp. 772. Order filed.

SCOTT and HOUGHTON, ·JJ., dissent.

---

In re ARNOLD HOTEL CO. (Supreme Court, Appellate Division, First Department. March 26, 1909.) In the matter of the Arnold Hotel Company. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.